CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 9 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| RONALD NEAL SUTPHIN, | ) | |
| Petitioner, | ) | Civil Action No. 7:12-cv-00318 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| FLOYD COUNTY CIRCUIT COURT, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered on this day, it is

hereby

### ORDERED

that this action is **DISMISSED** and is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and the accompanying

Memorandum Opinion to the parties.

**ENTER:** This *19th* day of July, 2012.

_____
United States District Judge